**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  E-Mail: Joseph.Lordan@lewisbrisbois.com
ROBERT I. LOCKWOOD, SB# 259870
  E-Mail: Robert.Lockwood@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
AIRWIRE TECHNOLOGIES, DEBASHIS BAGCHI,
AND JON BENGTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANUBHAV SINGH OBEROI, | CASE NO. 5:20-cv-00753-SVK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO FILE AN INITIAL PLEADING** |
| vs. | |
| AIRWIRE TECHNOLOGIES, JON BENGTSON, DEBASHIS BAGCHI, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Defendants, AirWire Technologies, Jon Bengtson and Debashis Bagchi (collectively "Defendants") by and through their local California counsel, Joseph R. Lordan and Robert I. Lockwood of Lewis Brisbois Bisgaard & Smith LLP, and the plaintiff, Anubhav Singh Oberoi, by and through his counsel of record, Chaya M. Mandelbaum Esq. of Rudy, Exelrod, Zieff & Lowe, LLP, do hereby stipulate and agree as follows:

1.  Plaintiff filed his Complaint on January 21, 2020.

2.  On February 6, 2020, plaintiff served AirWire Technologies via their registered agent in California.

3.  On February 10, 2020, the Complaint was emailed to Defendants' Nevada counsel, Pete Cladianos III, Esq. and Charles R. Zeh, Esq. of The Law Offices of Charles R. Zeh, Esq.

("Nevada counsel").

4. On February 12, 2020, Nevada counsel for AirWire Technologies and the individual defendants agreed to accept service for its clients and requested an extension until March 10, 2020, for its initial pleading.

5. Defendants and their Nevada attorneys required additional time to respond to the Complaint as the result of a heavy litigation schedule, other commitments and the need to associate with California counsel. Additionally, the burden of the state and local government reaction to the COVID-19 virus has made responding to the Complaint all the more complex. Correspondingly, the Nevada attorneys for the Defendants requested an additional 21 days to provide their initial pleadings. This makes the initial pleading due on or before March 31, 2020.

6. The Parties hereby agree and stipulate to the date of March 31, 2020, as the deadline for the filing of initial pleadings of AirWire Technologies, Debashis Bagchi and Jon Bengtson.

7. This extension will not impact any other deadlines or any dates set by the Court.

### ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

DATED: March 20, 2020  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Robert I. Lockwood*
Joseph R. Lordan
Robert I. Lockwood
Attorneys for Defendants AIRWIRE TECHNOLOGIES, DEBASHIS BAGCHI, AND JON BENGTSON

/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| DATED: March 20, 2020 | RUDY, EXELROD, ZIEFF & LOWE LLP |

By: */s/ Chaya M. Mandelbaum, Esq.*
Chaya M. Mandelbaum
Attorneys for Plaintiff ANUBHAV SINGH OBEROI

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March  20 , 2020

_____
Susan van Keulen
U.S. Magistrate Judge