CHAYA M. MANDELBAUM (SBN: 239084)
Email: dal@rezlaw.com
ERIN M. PULASKI (SBN: 270998)
Email: emp@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiff
ANUBHAV SINGH OBEROI

JOSEPH R. LORDAN, SB# 265610
Email: joseph.lordan@lewisbrisbois.com
ROBERT I. LOCKWOOD, SB #259870
Email: robert.lockwood@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

CHARLES R. ZEH, ESQ., *Pro Hac Vice*
Email: crzeh@aol.com
THE LAW OFFICES OF CHARLES R. ZEH, ESQ.
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone: (775) 323-5700
Facsimile: (775) 786-8183

Attorneys for Defendants
AIRWIRE TECHNOLOGIES, JON BENGTSON, and DEBASHIS BAGCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANUBHAV SINGH OBEROI,<br><br>Plaintiff,<br><br>vs.<br><br>AIRWIRE TECHNOLOGIES, JON BENGTSON, DEBASHIS BAGCHI, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00753-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE STAY OF CASE**<br><br>Complaint Filed: January 31, 2020<br>Trial Date: None Set |

Plaintiff Anubhav Singh Oberoi ("Plaintiff" or "Mr. Oberoi") and Defendants AirWire Technologies, Jon Bengtson and Debashis Bagchi ("Defendants") (collectively "the Parties") hereby submit the following Stipulation and [Proposed] Order re Stay of Case:

WHEREAS the Parties participated in a Settlement Conference with Magistrate Judge Susan van Keulen on November 5, 2020;

WHEREAS the Settlement Conference resulted in a confidential Agreement putting the Parties on a path towards a resolution of this action;

WHEREAS, due to the nature of some of the terms, the Agreement does not presently put the Parties in a position to fully resolve the action and request a dismissal with prejudice of the case;

THE PARTIES therefore agree that it makes sense both for their resources and for the Court's resources that this matter be stayed for a period of 6 months or such shorter period as the satisfaction of the conditions of the Agreement allow for a joint request by the Parties for dismissal of the case with prejudice.

DATED: November 9, 2020        Respectfully submitted,

                               RUDY, EXELROD, ZIEFF & LOWE, LLP


                               By: /s/ Chaya M. Mandelbaum
                                   CHAYA M. MANDELBAUM
                                   *Attorneys for Plaintiff*
                                   ANUBHAV SINGH OBEROI

DATED: November 9, 2020        LEWIS BRISBOIS BISGAARD & SMITH LLP


                               By: /s/ Robert I. Lockwood
                                   JOSEPH R. LORDAN
                                   ROBERT I. LOCKWOOD

DATED: November 9, 2020        THE LAW OFFICES OF CHARLES R. ZEH, ESQ.


                               By: /s/ Charles R. Zeh
                                   CHARLES R. ZEH
                                   *Attorneys for Defendants*
                                   AIRWIRE TECHNOLOGIES,
                                   JON BENGTSON, and DEBASHIS BAGCHI

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 9th day of November 2020, at San Mateo, California.

                                            /s/ Chaya M. Mandelbaum
                                            CHAYA M. MANDELBAUM

**[PROPOSED] ORDER**

The Court having considered the stipulation of the Parties and finding good cause, orders: This case is hereby stayed until May 5, 2021 or such time before then that the Parties submit a joint request for dismissal of the case with prejudice.

A status conference shall be tentatively set for May 6, 2021 at 10:00 a.m. The Parties shall submit a joint status update or dismissal by no later than April 26, 2021.

**IT IS SO ORDERED.**

DATED: November 9, 2020          By: _____

HONORABLE EDWARD J. DAVILA
United States District Judge
Northern District of California

---

JOINT STIPULATION AND [PROPOSED] ORDER RE STAY OF CASE
CASE NO. 5:20-CV-00753-EJD