CHAYA M. MANDELBAUM (SBN: 239084)
Email: cmm@rezlaw.com
ERIN M. PULASKI (SBN: 270998)
Email: emp@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiff
ANUBHAV SINGH OBEROI

JOSEPH R. LORDAN, SB# 265610
Email: joseph.lordan@lewisbrisbois.com
ROBERT I. LOCKWOOD, SB #259870
Email: robert.lockwood@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
AIRWIRE TECHNOLOGIES,
JON BENGTSON, and DEBASHIS BAGCHI

CHARLES R. ZEH, ESQ., *Pro Hac Vice*
Email: crzeh@aol.com
THE LAW OFFICES OF CHARLES R. ZEH, ESQ.
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone: (775) 323-5700
Facsimile: (775) 786-8183

Attorneys for Defendants
AIRWIRE TECHNOLOGIES,
JON BENGTSON, and DEBASHIS BAGCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANUBHAV SINGH OBEROI,<br><br>Plaintiff,<br><br>vs.<br><br>AIRWIRE TECHNOLOGIES, JON BENGTSON, DEBASHIS BAGCHI, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00753-EJD<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER RE CONTINUED STAY AND PARTICIPATION IN SETTLEMENT CONFERENCE**<br><br>Conference Date: May 6, 2021<br>Conference Time: 10:00 a.m.<br><br>Complaint Filed: January 31, 2020<br>Trial Date: None Set |

JOINT STATUS REPORT AND [PROPOSED] ORDER RE CONTINUED STAY AND PARTICIPATION IN SETTLEMENT CONFERENCE
CASE NO. 5:20-CV-00753-EJD

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

Plaintiff Anubhav Singh Oberoi ("Plaintiff") and Defendants AirWire Technologies, Jon Bengtson and Debashis Bagchi ("Defendants") (collectively "the Parties") hereby submit the following Joint Status Report and [Proposed] Order re Continued Stay and Participation in Settlement Conference:

The Parties participated in a Settlement Conference with Magistrate Judge Susan van Keulen on November 5, 2020. The Settlement Conference resulted in a confidential Agreement putting the Parties on a path towards a resolution of this action. Due to the nature of some of the terms, the Agreement did not put the Parties in a position to immediately fully resolve the action and request a dismissal with prejudice of the case. On November 9, 2020, the Court stayed the case, ordered the Parties to submit a Joint Status Report by April 26, 2021, and scheduled a Status Conference for May 6, 2021. (Dkt. 31).

For several months after the Settlement Conference, the Parties materially complied with the terms of the Agreement reached and made progress towards a final resolution of this action. However, in recent months, Defendant AirWire Technologies has been unable to fulfill commitments under the Agreement and, on April 24, 2021, filed for chapter 11 bankruptcy in U.S. Bankruptcy Court, District of Nevada.

In an attempt to salvage a resolution in light of these latest developments, all Parties agree that it makes sense both for their resources and for the Court's resources that this matter continue to be stayed while Defendants Bengtson and Bagchi, and Plaintiff, participate in a second Settlement Conference at the Court's earliest availability. The Parties also agree that, should this matter not be stayed as to Defendant AirWire Technologies by virtue of the bankruptcy filing at the time of the Settlement Conference, that Defendant AirWire Technologies should participate in the Settlement Conference as well.

DATED: April 26, 2021    Respectfully submitted,

             RUDY, EXELROD, ZIEFF & LOWE, LLP

             By: */s/ Chaya M. Mandelbaum*
               CHAYA M. MANDELBAUM
               *Attorneys for Plaintiff*
               ANUBHAV SINGH OBEROI

| | | |
|---|---|---|
| DATED: April 26, 2021 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: | */s/ Robert I. Lockwood* |
| | | JOSEPH R. LORDAN |
| | | ROBERT I. LOCKWOOD |
| DATED: April 26, 2021 | | THE LAW OFFICES OF CHARLES R. ZEH, ESQ. |
| | By: | */s/ Charles R. Zeh* |
| | | CHARLES R. ZEH |
| | | *Attorneys for Defendants* |
| | | AIRWIRE TECHNOLOGIES, |
| | | JON BENGTSON, and DEBASHIS BAGCHI |

## ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 26th day of April 2021, at San Mateo, California.

*/s/ Chaya M. Mandelbaum*
CHAYA M. MANDELBAUM

**[PROPOSED] ORDER**

The Court having considered the Joint Status Report of the Parties and finding good cause, orders:

The stay in this case is hereby extended while Defendants Bengtson and Bagchi, and Plaintiff, participate in a Settlement Conference to occur ~~within 60 days of this Order.~~ at Judge van Keulen's earliest convenience. If this case is not stayed as to Defendant AirWire Technologies as of the time of the Settlement Conference, Defendant AirWire Technologies is hereby ordered to participate in the Settlement Conference as well.

**IT IS SO ORDERED.**

DATED: April 27, 2021

By: _____
HONORABLE EDWARD J. DAVILA
United States District Judge
Northern District of California