CHAYA M. MANDELBAUM (SBN: 239084)
Email: cmm@rezlaw.com
ERIN M. PULASKI (SBN: 270998)
Email: emp@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513

Attorneys for Plaintiff
ANUBHAV SINGH OBEROI

| | |
|---|---|
| JOSEPH R. LORDAN, SB# 265610<br>Email: joseph.lordan@lewisbrisbois.com<br>ROBERT I. LOCKWOOD, SB #259870<br>Email: robert.lockwood@lewisbrisbois.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104-2872<br>Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882<br><br>Attorneys for Defendants<br>AIRWIRE TECHNOLOGIES,<br>JON BENGTSON, and DEBASHIS BAGCHI | CHARLES R. ZEH, ESQ., *Pro Hac Vice*<br>Email: crzeh@aol.com<br>THE LAW OFFICES OF CHARLES R. ZEH, ESQ.<br>50 West Liberty Street, Suite 950<br>Reno, NV 89501<br>Telephone: (775) 323-5700<br>Facsimile: (775) 786-8183<br><br>Attorneys for Defendants<br>AIRWIRE TECHNOLOGIES,<br>JON BENGTSON, and DEBASHIS BAGCHI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANUBHAV SINGH OBEROI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AIRWIRE TECHNOLOGIES, JON BENGTSON, DEBASHIS BAGCHI, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br>_____ / | Case No.  5:20-cv-00753-EJD<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE OF DEFENDANTS JON BENGTSON AND DEBASHIS BAGCHI**<br><br>Complaint Filed:  January 31, 2020<br>Trial Date:      None Set |

Plaintiff Anubhav Singh Oberoi ("Plaintiff") and Defendants AirWire Technologies, Jon Bengtson and Debashis Bagchi ("Defendants") (collectively "the Parties"), through their counsels of record, hereby stipulate that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims in this Action that are currently asserted against Defendants Jon Bengtson and Debashis Bagchi are hereby dismissed with prejudice, each side to bear its own fees and costs related to these claims against the individual defendants. The claims currently asserted against Defendant Airwire Technologies, remain stayed on account of the bankruptcy proceedings pending in the District of Nevada Bankruptcy Court (*see* ECF No. 34).

DATED: July 19, 2021                    Respectfully submitted,

                                        RUDY, EXELROD, ZIEFF & LOWE, LLP

                                        By:  */s/ Chaya M. Mandelbaum*
                                            CHAYA M. MANDELBAUM
                                            *Attorneys for Plaintiff*
                                            ANUBHAV SINGH OBEROI

DATED:  July 19, 2021                   LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By:  */s/ Robert I. Lockwood*
                                            JOSEPH R. LORDAN
                                            ROBERT I. LOCKWOOD

DATED:  July 19, 2021                   THE LAW OFFICES OF CHARLES R. ZEH, ESQ.

                                        By:  */s/ Charles R. Zeh*
                                            CHARLES R. ZEH
                                            *Attorneys for Defendants*
                                            AIRWIRE TECHNOLOGIES,
                                            JON BENGTSON, and DEBASHIS BAGCHI

### ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 19th day of July 2021, at San Mateo, California.

                                        */s/ Chaya M. Mandelbaum*
                                        CHAYA M. MANDELBAUM

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com