UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANUBHAV SINGH OBEROI,<br><br>Plaintiff,<br><br>v.<br><br>AIRWIRE TECHNOLOGIES, et al.,<br><br>Defendants. | Case No. 5:20-cv-00753-EJD<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On April 28, 2021, Defendant AirWire Technologies ("AirWire") filed a notice stating that it had filed for bankruptcy. Dkt. No. 34. Plaintiff Anubhav Singh Oberoi's case against AirWire was stayed pursuant to 11 U.S.C. § 362. On July 19, 2021, Oberoi stipulated to dismissal of the remaining defendants, Jon Bengtson and Debashis Bagchi. Dkt. No. 40.

Because the only remaining claims in this action have been stayed, the Court ADMINISTRATIVELY CLOSES the case. The parties shall file a joint status report within 14 days of resolution of AirWire's bankruptcy proceeding.

**IT IS SO ORDERED.**

Dated: August 4, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-00753-EJD
ORDER ADMIN. CLOSING CASE

1