CHAYA M. MANDELBAUM (SBN: 239084)
Email: cmm@rezlaw.com
ERIN M. PULASKI (SBN: 270998)
Email: emp@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiff
ANUBHAV SINGH OBEROI

JOSEPH R. LORDAN, SB# 265610
Email: joseph.lordan@lewisbrisbois.com
ROBERT I. LOCKWOOD, SB #259870
Email: robert.lockwood@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

CHARLES R. ZEH, ESQ., *Pro Hac Vice*
Email: crzeh@aol.com
THE LAW OFFICES OF CHARLES R. ZEH, ESQ.
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone: (775) 323-5700
Facsimile: (775) 786-8183

Attorneys for Defendant
AIRWIRE TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANUBHAV SINGH OBEROI, | Case No. 5:20-cv-00753-EJD |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| AIRWIRE TECHNOLOGIES, | |
| Defendant. | Complaint Filed: January 31, 2020 |

Plaintiff Anubhav Singh Oberoi ("Plaintiff" or "Mr. Oberoi") and Defendant AirWire Technologies ("Defendant") (collectively "the Parties") hereby submit the following Joint Status Report.

On August 4, 2021, the Court administratively closed this case, pending the resolution of Defendant's bankruptcy proceedings. (ECF No. 41). On February 3, 2022, the Bankruptcy Court for the District of Nevada entered an order dismissing Defendant's bankruptcy case without affecting the status of any adversary proceeding pending against Defendant.

The Parties are currently engaged in negotiations in the hopes of reaching a resolution to the litigation and anticipate having clarity about the success of the negotiations by the end of April. The Parties therefore propose that, by May 1, 2022, they file one of the following depending on the outcome of the negotiations: 1) a request for dismissal of the case with prejudice; 2) a joint request for a stipulated judgment; or 3) a joint request for reinstatement of the case and proposed litigation and trial dates.

DATED: March 17, 2022  Respectfully submitted,

RUDY, EXELROD, ZIEFF & LOWE, LLP

By: */s/ Chaya M. Mandelbaum*
CHAYA M. MANDELBAUM
*Attorneys for Plaintiff*
ANUBHAV SINGH OBEROI

DATED: March 17, 2022  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Robert I. Lockwood*
JOSEPH R. LORDAN
ROBERT I. LOCKWOOD

DATED: March 17, 2022  THE LAW OFFICES OF CHARLES R. ZEH, ESQ.

By: */s/ Charles R. Zeh*
CHARLES R. ZEH
*Attorneys for Defendants*
AIRWIRE TECHNOLOGIES,
JON BENGTSON, and DEBASHIS BAGCHI

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 17th day of March 2022, at San Mateo, California.

                                        /s/ Chaya M. Mandelbaum
                                        CHAYA M. MANDELBAUM