CHAYA M. MANDELBAUM (SBN 239084)
Email: cmm@rezlaw.com
ERIN M. PULASKI (SBN 270998)
Email: emp@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiff
ANUBHAV SINGH OBEROI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANUBHAV SINGH OBEROI, <br><br> Plaintiff, <br><br> vs. <br><br> AIRWIRE TECHNOLOGIES, <br><br> Defendant. _____ / | Case No. 5:20-cv-00753-EJD <br><br> **PLAINTIFF'S NOTICE AND REQUEST TO ADMINISTRATIVELY REOPEN CASE AND SET CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER** <br><br><br> Complaint Filed: January 31, 2020 |

Plaintiff Anubhav Singh Oberoi hereby submits the following status report and request to administratively reopen the case and set case management schedule.

On August 4, 2021, the Court administratively closed this case, pending the resolution of Defendant's bankruptcy proceedings. (ECF No. 41).

On February 3, 2022, the Bankruptcy Court for the District of Nevada entered an order dismissing Defendant's bankruptcy case without affecting the status of any adversary proceeding pending against Defendant. A true and correct copy of the order and notice of dismissal is attached hereto as **Exhibit A**.

On March 17, 2022, the Parties submitted a Joint Status Report notifying the Court that they were currently engaged in negotiations in the hopes of reaching a resolution to the litigation and anticipated having clarity about the success of the negotiations by the end of April. (ECF No. 42).

The Parties have been unable to finalize a resolution and thus a reopening of this administratively closed case is necessary. Plaintiff has repeatedly sought to secure participation from Defendant in this Request and in fashioning the proposed case management schedule contained herein. Defendant has not followed through on engaging in the process. A true and correct copy of the written portion of Plaintiff's efforts is attached hereto as **Exhibit B**.

Consequently, Plaintiff submits this Joint Request to Administratively Reopen the Case and Set Case Management Schedule. The case management deadlines contained in the accompanying proposed order are adjusted dates designed to mirror the time remaining in advance of the deadlines at the time the case was stayed (originally by the Parties' conditional settlement and subsequently by Defendant's bankruptcy filing) (*See* ECF Nos. 31, 33, 34).

DATED: May 12, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　RUDY, EXELROD, ZIEFF & LOWE, LLP


By:　*/s/ Chaya M. Mandelbaum*
　　　CHAYA M. MANDELBAUM
　　　ERIN M. PULASKI
　　　*Attorneys for Plaintiff*
　　　ANUBHAV SINGH OBEROI

# [PROPOSED ORDER]

The Court having considered Plaintiff's Request to Administratively Reopen Case and Set Case Management Schedule and finding good cause, orders:

The case is administratively reopened and the following Case Management Schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Joint Trial Setting Conference Statement | June 10, 2022 |
| Trial Setting Conference | 11am on July 1, 2022 |
| Fact Discovery Cutoff | July 5, 2022 |
| Designation of Opening Experts with Reports | July 15, 2022 |
| Designation of Rebuttal Experts with Reports | August 13, 2022 |
| Expert Discovery Cutoff | August 29, 2022 |
| Deadlines for Filing Discovery Motions | See Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | September 12, 2022 |
| Hearing on Anticipated Dispositive Motions | 9:00 am on October 24, 2022 |

**IT IS SO ORDERED.**

DATED: _____  By: _____
HONORABLE EDWARD J. DAVILA
United States District Judge
Northern District of California



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 03, 2022

_____

Nicholas Strozza, Assistant United States Trustee
State Bar #CA 117234
Cameron M. Gulden, Trial Attorney
State Bar #MN 310931
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV  89509
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: *cameron.m.gulden@usdoj.gov*

Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AIRWIRE TECHNOLOGIES,<br><br>                                Debtor. | Case No: 21-50314-mkn<br><br>Chapter 11<br><br>Date:   January 12, 2022<br>Time:  9:30 a.m.<br>Place: Via Teleconference |

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS OR CONVERT CHAPTER 11 CASE**

The *Motion of the United States Trustee, Pursuant to 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss or Convert Chapter 11 Case*, filed by Tracy Hope Davis, the United States Trustee for Region 17, came on for hearing after proper

notice at the above-stated date and time. ECF No. 44. The Debtor filed an opposition, ECF No. 53, and the United States Trustee filed a reply. ECF No. 54. Cameron M. Gulden appeared on behalf of the United States Trustee; Steven R. Harris appeared on behalf of the Debtor; and Nathan G. Kanute appeared on behalf of the Roger H. Elton Trust. Debashis Bagchi, the Debtor's president, also appeared. The Court having reviewed the Motion, considered the arguments of the United States Trustee, and for the reasons recited on the record:

IT IS HEREBY ORDERED that the United States Trustee's Motion is granted; and

IT IS HEREBY FURTHER ORDERED that the above-captioned case is dismissed.


Respectfully submitted,
TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Cameron M. Gulden*
      Cameron M. Gulden
      Attorney for the United States Trustee

###

**LOCAL RULE 9021 CERTIFICATION**

In accordance with LR 9021, the Attorney submitting this document certifies as follows:

____    The court has waived the requirement set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

  X     I have delivered a copy of this proposed order to all Attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Steven R. Harris, Attorney for Debtor | Signature Waived |
| Nathan G. Kanute, Attorney for Creditor | Signature Waived |

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2022

/s/ Cameron M. Gulden
Cameron M. Gulden
Attorney for the United States Trustee

NVB 1017–1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

AIRWIRE TECHNOLOGIES

          Debtor(s)

BK−21−50314−mkn
CHAPTER 11

NOTICE OF DISMISSAL;
NOTICE THAT ALL PENDING HEARINGS
ARE VACATED

On 2/3/22, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 2/3/22

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**EXHIBIT B**

# RE: Oberoi revised settlement agreement and release

**Pete Cladianos III <pete@crzehlaw.com>**
Tue 5/10/2022 1:22 PM

To: Chaya M. Mandelbaum <cmm@rezlaw.com>

Cc: 'Charles R. Zeh Esq. (crzeh@aol.com)' <crzeh@aol.com>;Lockwood, Robert <Robert.Lockwood@lewisbrisbois.com>

Chaya,

We are meeting with our clients later today. Thereafter we will provide a response regarding the joint request. I left you a voicemail that we would meet on Monday. However, we were unable to do so.

Pete

---

**From:** Chaya M. Mandelbaum <cmm@rezlaw.com>
**Sent:** Tuesday, May 10, 2022 1:17 PM
**To:** crzeh@aol.com
**Cc:** dbagchi@airwiretech.com; jbengtson@airwiretech.com; jonnbengtson@cs.com; robert.lockwood@lewisbrisbois.com; Pete Cladianos III <pete@crzehlaw.com>; petec2232@aol.com
**Subject:** Re: Oberoi revised settlement agreement and release

Chuck, Pete and Rob,

Checking in on this for a final time. I plan to move forward with a filing on behalf of AS in the next day or two.

Best,
Chaya

Chaya Mandelbaum
Rudy, Exelrod, Zieff & Lowe, L.L.P.
351 California Street, Suite 700
San Francisco, California 94104
[cmm@rezlaw.com](mailto:cmm@rezlaw.com)
Direct 415.394.5580 l Fax 415.434.0513 l [www.rezlaw.com](http://www.rezlaw.com)
Recognized Leaders In Employee Representation

This e-mail message is intended to be confidential and may be legally privileged. If you are not the intended recipient of this message, you are hereby notified that any unauthorized review, use, disclosures or distribution is strictly prohibited.

---

**From:** Chaya M. Mandelbaum <[cmm@rezlaw.com](mailto:cmm@rezlaw.com)>
**Sent:** Wednesday, May 4, 2022 8:02 PM
**To:** [crzeh@aol.com](mailto:crzeh@aol.com) <[crzeh@aol.com](mailto:crzeh@aol.com)>
**Cc:** [dbagchi@airwiretech.com](mailto:dbagchi@airwiretech.com) <[dbagchi@airwiretech.com](mailto:dbagchi@airwiretech.com)>; [jbengtson@airwiretech.com](mailto:jbengtson@airwiretech.com) <[jbengtson@airwiretech.com](mailto:jbengtson@airwiretech.com)>; [jonnbengtson@cs.com](mailto:jonnbengtson@cs.com) <[jonnbengtson@cs.com](mailto:jonnbengtson@cs.com)>; [robert.lockwood@lewisbrisbois.com](mailto:robert.lockwood@lewisbrisbois.com) <[robert.lockwood@lewisbrisbois.com](mailto:robert.lockwood@lewisbrisbois.com)>; [pete@crzehlaw.com](mailto:pete@crzehlaw.com) <[pete@crzehlaw.com](mailto:pete@crzehlaw.com)>; [petec2232@aol.com](mailto:petec2232@aol.com) <[petec2232@aol.com](mailto:petec2232@aol.com)>
**Subject:** Re: Oberoi revised settlement agreement and release

Chuck,

Please advise on whether we have your consent to file. Otherwise we'll move forward with our own request - AirWire doesn't want to stipulate to judgement and isn't funding their own settlement proposal, so I wouldn't think administratively reoponening the case would be a controversial result.

Best,
Chaya

Chaya Mandelbaum
Rudy, Exelrod, Zieff & Lowe, L.L.P.
351 California Street, Suite 700
San Francisco, California 94104
cmm@rezlaw.com
Direct 415.394.5580 | Fax 415.434.0513 | www.rezlaw.com
Recognized Leaders In Employee Representation

This e-mail message is intended to be confidential and may be legally privileged. If you are not the intended recipient of this message, you are hereby notified that any unauthorized review, use, disclosures or distribution is strictly prohibited.

---

**From:** Chaya M. Mandelbaum <cmm@rezlaw.com>
**Sent:** Tuesday, May 3, 2022 3:00 PM
**To:** crzeh@aol.com <crzeh@aol.com>
**Cc:** dbagchi@airwiretech.com <dbagchi@airwiretech.com>; jbengtson@airwiretech.com <jbengtson@airwiretech.com>; jonnbengtson@cs.com <jonnbengtson@cs.com>; robert.lockwood@lewisbrisbois.com <robert.lockwood@lewisbrisbois.com>; pete@crzehlaw.com <pete@crzehlaw.com>; petec2232@aol.com <petec2232@aol.com>
**Subject:** Re: Oberoi revised settlement agreement and release

Chuck,

Please find the draft Joint Request to Administratively Reopen Case and Set Case Management Deadlines. We need the settlement payment or your consent to file this (or any edits you have) over the next day. If not, we'll need to reach out to the Court to explain where things stand from our perspective as we are already past the deadline we said we would get back to the court.

Thanks,
Chaya

Chaya Mandelbaum
Rudy, Exelrod, Zieff & Lowe, L.L.P.
351 California Street, Suite 700
San Francisco, California 94104
cmm@rezlaw.com
Direct 415.394.5580 | Fax 415.434.0513 | www.rezlaw.com
Recognized Leaders In Employee Representation

This e-mail message is intended to be confidential and may be legally privileged. If you are not the intended recipient of this message, you are hereby notified that any unauthorized review, use, disclosures or distribution is strictly prohibited.

---

**From:** crzeh@aol.com <crzeh@aol.com>
**Sent:** Tuesday, May 3, 2022 1:22 PM
**To:** Chaya M. Mandelbaum <cmm@rezlaw.com>
**Cc:** dbagchi@airwiretech.com <dbagchi@airwiretech.com>; jbengtson@airwiretech.com <jbengtson@airwiretech.com>; jonnbengtson@cs.com <jonnbengtson@cs.com>; robert.lockwood@lewisbrisbois.com <robert.lockwood@lewisbrisbois.com>; pete@crzehlaw.com <pete@crzehlaw.com>; petec2232@aol.com <petec2232@aol.com>
**Subject:** Re: Oberoi revised settlement agreement and release

OK