UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANUBHAV SINGH OBEROI,<br><br>Plaintiff,<br><br>v.<br><br>AIRWIRE TECHNOLOGIES, et al.,<br><br>Defendants. | Case No. 5:20-cv-00753-EJD<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

On August 4, 2021, the Court administratively closed this action pending the resolution of Defendant's bankruptcy proceedings. Dkt. No. 41. On May 12, 2022, Plaintiff informed the Court that the bankruptcy proceedings had concluded and requested that the Court re-open the case. Dkt. No. 43.

Accordingly, the Court LIFTS the stay. The Clerk of the Court shall administratively re-open the file. The parties shall file a joint case management statement by **June 26, 2022** and appear before the Court on **July 7, 2022 at 10:00 a.m.** for a further case management conference.

**IT IS SO ORDERED.**

Dated: May 12, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-00753-EJD
ORDER LIFTING STAY AND SETTING CASE MGMT. CONF.
1