JOSEPH R. LORDAN, SB# 265610
E-Mail: Joseph.Lordan@lewisbrisbois.com
ROBERT I. LOCKWOOD, SB# 259870
E-Mail: Robert.Lockwood@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

CHARLES R. ZEH, ESQ., *Pro Hac Vic*
Email: crzeh@aol.com
THE LAW OFFICE OF CHARLES R. ZEH, ESQ.
50 West Liberty St., Suite 950
Reno, NV 89501
Telephone: (775) 323-5700
Facsimile (775) 786-8183
Attorneys for defendant
AIRWIRE TECHNOLOGIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| **ANUBHAV SINGH OBEROI,** | Case No. 5:20-cv-00753-SVK |
| Plaintiff, | |
| v. | |
| **AIRWIRE TECHNOLOGIES, JON BENGTSON, DEBASHIS BAGCHI, and DOES 1 through 20, inclusive,** | **STIPULATION TO AMEND DEFENDANT AIRWIRE TECHNOLOGIES' ANSWER** |
| Defendants. | |

Defendant, AirWire Technologies, by and through its counsel, Pete Cladianos III, Esq., and Charles R. Zeh, Esq., The Law Offices of Charles R. Zeh, Esq., and the plaintiff, Anubhav Singh Oberoi, by and through his counsel, Chaya M. Mandelbaum Esq., Rudy, Exelrod, Zieff &

1

DEFENDANT AIRWIRE TECHNOLOGIES' STIPULATION TO AMEND ANSWER

Lowe, LLP, do hereby stipulate and agree as follows:

1. Plaintiff filed his complaint on January 21, 2020, against AirWire Technologies, Debashis Bagchi and Jon Bengtson.

2. On March 31, 2020, Defendants, AirWire Technologies, Debashis Bagchi and Jon Bengtson filed their Answer containing 12 Affirmative Defenses, one of which generally alleged that the Plaintiff was exempt under the FLSA and the California Labor Code.

3. On April 28, 2021, Defendant AirWire Technologies filed a notice stating that it had filed for Bankruptcy protection in the District of Nevada.

4. On July 19, 2021, Defendants, Debashis Bagchi and Jon Bengtson, were dismissed from this action with prejudice by stipulation of the parties.

5. On August 4, 2021, the Court administratively closed this case, pending the resolution of Defendant, AirWire Technologies, bankruptcy proceedings.

6. On February 3, 2022, the Bankruptcy Court for the District of Nevada entered an order dismissing Defendant's bankruptcy case without affecting the status of this proceeding.

7. On March 17, 2022, the Parties filed a Joint Status Report indicating that they believed a negotiated settlement was possible.

8. On May 12, 2022, Plaintiff notified the Court that the Parties were not able to reach settlement and requested that the Court administratively reopen the case. Later on May 12, 2022, this Court administratively reopened the file and ordered the parties to file a joint case management statement by June 26, 2022 and appear before the Court on July 7, 2022 at 10:00 a.m. for a further Case Management Conference.

9. On June 24, 2022, the Court entered its Case Management Order vacating the

2

DEFENDANT AIRWIRE TECHNOLOGIES' STIPULATION TO AMEND ANSWER

Case Management Conference. This Order set the deadline for amending pleadings at August 23, 2022.

10. The Parties have stipulated and agreed to allow Defendant, AirWire Technologies, to amend its Answer in order to remove Affirmative Defenses which generally alleged that the Plaintiff was exempt under the FLSA and the California Labor Code and replace it with one Affirmative Defense which specifically alleges that Plaintiff was an exempt administrative employee of AirWire, pursuant to 29 CFR 541.200. And another affirmative defense which alleges that the Plaintiff was an exempt outside sales person of AirWire, pursuant to 29 CFR 541.500.

11. The Amended Answer refers to the Defendant, AirWire Technologies, in the singular and makes other changes to nouns and pronouns as required for the defendant entity because Defendants, Debashis Bagchi and Jon Bengtson, are dismissed from this action

12. Attached as Exhibit 1 is the Amended Answer.

///

///

///

///

///

///

///

///

///

## ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Dated: August 23rd, 2022

By: /s/Chaya M. Mandelbaum, Esq.
    Chaya M. Mandelbaum
    Californa State Bar No. 270998
    RUDY, EXELROD, ZIEFF &
    LOWE, LLP
    351 California Street, Suite 700
    San Francisco, CA 94104
    *Attorneys for plaintiff*

Dated: August 23rd, 2022

By: /s/Robert I. Lockwood, Esq.
    Robert I Lockwood, SB# 259870
    LEWIS BRISBOIS BIGAARD &
    SMITH, LLP
    333 Bush Street, Suite 1100
    San Fracisco, CA 94104-2872
    *Attorneys for defendants*
    AIRWIRE TECHNOLOGIES, Debashis
    Bagchi and Jon Bengtson

Dated: August 23rd, 2022

By: /s/Charles R. Zeh, Esq.
    Charles R. Zeh, Esq.
    Pro Hac Vice
    Nevada State Bar No. 01739
    Law Offices of Charles R. Zeh, Esq.
    50 West Liberty St., Suite 950
    Reno, NV 89501
    *Attorneys for defendants*
    AIRWIRE TECHNOLOGIES,
    Debashis Bagchi and Jon Bengtson

# Exhibit Index

| Exhibit No. | Name of Document | Number of Pages |
|---|---|---|
| 1. | Amended Answer | 18 |