CHAYA M. MANDELBAUM (SBN: 239084)
Email: cmm@rezlaw.com
ERIN M. PULASKI (SBN: 270998)
Email: emp@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiff
ANUBHAV SINGH OBEROI

JOSEPH R. LORDAN, SB# 265610
Email: joseph.lordan@lewisbrisbois.com
ROBERT I. LOCKWOOD, SB #259870
Email: robert.lockwood@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

CHARLES R. ZEH, ESQ., *Pro Hac Vice*
Email: crzeh@aol.com
THE LAW OFFICES OF CHARLES R. ZEH, ESQ.
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone: (775) 323-5700
Facsimile: (775) 786-8183

Attorneys for Defendants
AIRWIRE TECHNOLOGIES,
JON BENGTSON, and DEBASHIS BAGCHI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANUBHAV SINGH OBEROI, | Case No. 5:20-cv-00753-EJD |
| Plaintiff, | **STIPULATED JUDGMENT** |
| vs. | |
| AIRWIRE TECHNOLOGIES, | |
| Defendant. | Complaint Filed: January 31, 2020 |
| | Trial Date: October 25, 2023 |

Plaintiff Anubhav Singh Oberoi ("Plaintiff" or "Mr. Oberoi") and Defendant AirWire Technologies ("Defendant," "AirWire" or "the Company") (collectively "the Parties") stipulate to JUDGMENT in favor of Plaintiff and against Defendant as follows:

Defendant is liable to Plaintiff and shall pay Plaintiff the total amount $360,000 plus post judgment interest. The Stipulated Judgment amount of $360,000 will accrue interest at the legal rate of 10% per annum from the date hereof until paid.

The Stipulated Judgment amount will be paid in full, plus accrued interest, no later than December 31, 2023. If Defendant pays $280,000 by June 30, 2023, no additional payment is required by Defendant and the Stipulated Judgement amount will be deemed satisfied in full. Judgment payments will be allocated as follows: one third of the amount to Plaintiff as wage damages; one third of the amount to Plaintiff as non-wage damages and one third of the amount to Plaintiff's counsel, Rudy, Exelrod, Zieff & Lowe LLP in attorney's fees and costs.

**STIPULATED AND AGREED AS TO FORM AND CONTENT:**

Dated: February 3, 2023

Anubhav Singh Oberoi

Dated: February 4, 2023

AirWire Techonologies
Name: Debashis Bagchi
Title: CEO

**IT IS SO ORDERED.**

Dated: February 13, 2023

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE